# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| USA | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 00 C 5016 |
| ALEX SIERRA | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion under 28 U.S.C. §2255 to vacate, set aside, or correct his sentence is denied. This action is dismissed in its entirety.

**DOCKETED**
**JAN 1 2 2001**

Michael W. Dobbins, Clerk of Court

Date: 1/12/2001

J. Smith, Deputy Clerk